**Willie S. MERRIWEATHER,**
**Plaintiff–Appellant,**

v.

**Willie L. EAGLETON, Warden, Evans Correctional Institution; Robin Chavis, Associate Warden; Arron Joiner, Major; Polly Pratt, Caseworker; Fnu Nick, Sergeant; Fnu Champaigne, Sergeant; James Griffin, Investigator; Officer Friday; Kenny Green, Captain; William D. Catoe, Commissioner**

---

of SCDC; Officer Quick, Lieutenant of DHO–SMU lockup; Lieutenant G. Victor; D.J. Evans, Sergeant, Defendants–Appellees.

No. 02–6957.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 29, 2002.

Decided Sept. 9, 2002.

Willie S. Merriweather, Appellant Pro Se. Anne Macon Flynn, South Carolina Budget and Control Board, Columbia, South Carolina, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willie S. Merriweather appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Merriweather v. Eagleton,* No. CA–01–5–9–25 (D.S.C. May 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*